In the Matter of the Application of JOHN W. MORRISON, an Honorably Discharged World War Veteran, Petitioner, Appellant, for an Order against ROBERT MOSES, Commissioner of the Department of Parks of the City of New York, and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANNE BROOKER, Respondent, v. CHARLES C. SMALL and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM B. ROULSTONE, Appellant, v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOHN A. BLAKE, as Trustee in Bankruptcy of R. WEIDEN & SONS, INC., Appellant, v. FRANK WEIDEN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ATISOR REALTY CORPORATION, Appellant, v. PALADINO CONTRACTING Co., INC., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BRUNO BURN, Respondent, v. ALBERT F. COYLE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, J.

INTERNATIONAL & INDUSTRIAL SECURITIES CORPORATION, Respondent, v. GUSTAVUS A. ROGERS, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. Verified bills of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as Nos. 10–16 Division Street, Borough of Manhattan, City, County and State of New York, Securing Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 212,007. In the Matter of the Application of PHILIP F. FARLEY, as Ancillary Administrator with the Will Annexed, etc., of CHARLES ALWIN HOFFMANN, Also Known as CHARLES HOFFMANN, Respondent, to Compel the Trustee-Appellant to Transfer to Him Certificate No. 118,452 in the Amount of $5,400 Issued by TITLE GUARANTEE & TRUST COMPANY on July 28, 1930, to CHARLES HOFFMANN, Now Deceased.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FLORENCE STANTON THOMSON, as Executrix, etc., of SAMUEL C. THOMSON, Deceased, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the